FILED
2005 MAY 16 P 2:06
CLERK, US DISTRICT COURT
EASTERN DIST. OF CALIF
AT F____
BY_____
        DEPUTY

Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF BAKERSFIELD and ALAN TANDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD FIREMEN LABOR ORGANIZATION, a non-profit corporation, also known as BAKERSFIELD FIREFIGHTERS LABOR ORGANIZATION,

Plaintiffs,

v.

CITY OF BAKERSFIELD, a governmental entity, ALAN TANDY, in his official capacity as the City Manager of the CITY OF BAKERSFIELD, and DOES 1 through 20, inclusive,

Defendants.

Case Number CV-F-03-5645 OWW TAG

**AMENDED JUDGEMENT AFTER TRIAL**

This cause came on regularly for trial on January 25, 2005, in Courtroom 5 of the above-entitled court, the Honorable Oliver W. Wanger, Judge, presiding, sitting without a jury, a jury having been duly waived. Plaintiff appeared through its attorney, Richard Papst, Esq. Defendant appeared through its attorney, Jacob J. Rivas, Esq. Evidence, both oral and documentary, having been presented by both parties, the cause having been argued and submitted for decision, and the court having caused to be made and filed herein its written statement of decision,

Bakersfield Firemen Labor Organization v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-03-5645 REC TAG

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

1

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Judgement is entered in favor of defendant against plaintiff;

2. Plaintiff shall take nothing by way of its complaint;

3. Defendants are awarded costs herein in connection with having to defend this case, according to proof and a duly noticed motion within ten days after entry of judgement per E.D. local rule 54-292.

4. Defendants are awarded attorney fees, according to proof and a duly noticed motion within thirty days after entry of judgement per E.D. local rule 54-293.

Dated: 5-16-05

UNITED STATES DISTRICT COURT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Bakersfield Firemen Labor Organization v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-03-5645 REC TAG

2

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen (18) and not a party to this action; my business address is 1260 Fulton Mall Fresno, California, 93721, which is located in the county where the mailing described below took place.

On April 26, 2005, at Fresno, California, I served a true copy of the **AMENDED JUDGEMENT AFTER TRIAL** in a sealed envelope addressed as follows to the parties to the within action described as:

ATTORNEY

Richard J. Papst, Esq.
LAW OFFICES OF RICHARD J. PAPST
1430 Truxtun Avenue, Suite 803
Bakersfield, California 93301

| | | |
|---|---|---|
| X | Placed for Mailing: | I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [__ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personally Mailed: | I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personal Service: | I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.) |
| __ | Facsimile: | I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | State: | I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct. |
| X | Federal: | I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. |

Executed on April 26, 2005, at Fresno, California.

_____
VICKIE MORA

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Bakersfield Firemen Labor Organization v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-03-5645 REC TAG

3